

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2021

No. 04-21-00073-CV

**ST. MARY'S HALL, INC.,**
Appellant

v.

Gabriella **GARCIA,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11569
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief is due on April 1, 2021. Before the due date, Appellant filed an unopposed motion for an extension of time to file its brief until April 30, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on April 30, 2021. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court